UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| OKO INTERNATIONAL CO., <br><br> Plaintiff, <br><br> vs. <br><br> SONY MOBILE COMMUNICATIONS (U.S.A.), INC., <br><br> Defendant. | Case No.  3:14-cv-01542-CRB <br><br> **ORDER GRANTING STIPULATION TO CONTINUE BRIEFING SCHEDULE** |

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1.     OKO International Co.'s Opposition to Sony Mobile Communications (U.S.A.), Inc.'s Motion to Dismiss is due on or before July 7, 2014; and

2.     Sony Mobile Communications (U.S.A.), Inc.'s Reply is due on or before July 18, 2014.

Dated: June 9, 2014     _____
Hon. Cha[...]
United Sta[...]

*IT IS SO ORDERED — Judge Charles R. Breyer*

SCL PAS1301693.1-*-06/9/14 10:24 AM

[Proposed] Order Granting Stipulation to Continue Briefing Schedule; Case No. 3:14-cv-01542
-1-