UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| OKO INTERNATIONAL CO., <br><br> Plaintiff, <br><br> vs. <br><br> SONY MOBILE COMMUNICATIONS (U.S.A.), INC., <br><br> Defendant. | Case No.  3:14-cv-01542-CRB <br><br> **ORDER DISMISSING CASE WITH PREJUDICE** <br><br> **Hon. Charles R. Breyer** |

Upon the foregoing stipulation, it is hereby ORDERED and ADJUDGED that:

The above-captioned action is hereby dismissed with prejudice in its entirety, with each party to bear its own costs and attorneys' fees.

Dated:   August 21, 2014

_____
The Honorable Charles R. Breyer
U.S. District Judge – Northern District

SCL PAS1313465.1-*-08/20/14 3:44 PM